UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S.M.R., | Case No. 1:26-cv-01474-KES-SAB (HC) |
| Petitioner, | |
| v. | ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | Doc. 4 |
| Respondents. | |

**ORDER**

The Court, having considered petitioner's motion to proceed under pseudonym, and good cause appearing therefor, the motion is hereby GRANTED.  The Clerk of Court is directed to update the docket to reflect only petitioner's initials, not his full name.

IT IS SO ORDERED.

Dated:    April 8, 2026

_____
UNITED STATES DISTRICT JUDGE

1